# THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

**IN THE MATTER OF THE COMPLAINT AGAINST:**

Shad Willie Bryant
Date of Birth: 06/20/1980,
22163 St. Highway 248, Aurora, Missouri 65605

18-mj-2017 DPR

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Colleen Peery, your affiant, being duly sworn and deposed, state the following:

1. I am a Special Agent (SA) with the U.S Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since March 2015. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have conducted and participated in several investigations concerning the illegal possession of firearms.

2. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws including the following:

    A. **18 U.S.C. § 924(a)(1)(A)** states, except as otherwise provided in this subsection, subsection (b), (c), (f), or (p) of this section, or in section 929, whoever— knowingly makes any false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter or in applying for any license or exemption or relief from disability under the provisions of this chapter.

B.    **18 U.S.C § 922(g)(9)** states, it shall be unlawful for any person who has been convicted in any court of a misdemeanor crime of domestic violence to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3. On March 7, 2018, Shad Willie BRYANT (BRYANT) attempted to purchase a High Standard .410 Model K410 shotgun from Pawnderosa Gun & Pawn, which has a Federal Firearms License (FFL) to buy and sell firearms and is located in Aurora, Missouri, a location within the Western District of Missouri. BRYANT was delayed from purchasing the shotgun. As a part of his attempt to purchase the firearm, BRYANT completed an ATF Form 4473 which required that he answer all questions on the form truthfully. On the ATF Form 4473, question (i) asks "have you ever been convicted in any court of a misdemeanor crime of domestic violence?" BRYANT marked "no." This was later determined to be false. On the ATF Form 4473, BRYANT listed his residence as 22163 State Highway 243, Aurora, Missouri 65605, a location within the Western District of Missouri. BRYANT obtained the shotgun on March 13, 2018, after the FFL had not received a response from the Federal Bureau of Investigation (FBI) National Instant Criminal Background Check System (NICS).

4. On March 15, 2018, the FBI denied BRYANT due to his 2004 misdemeanor conviction for Domestic Battery-3rd Degree, out of Roger, Arkansas, against his live-in girlfriend. The NICS referral provided by FBI included supporting documents that included the Transcript of Judgment.

5. On March 16, 2018, I contacted BRYANT via telephone about the shotgun. I informed BRYANT that he was prohibited from having firearms due to his misdemeanor conviction for domestic battery and directed him to relinquish ownership. BRYANT became argumentative and stated "You aren't taking my guns." BRYANT hung up on me.

6. I again made contact with BRYANT on March 16, 2018, and went over BRYANT's options with him. BRYANT stated he would be getting a lawyer and would not give up his gun. I explained to BRYANT that he was a prohibited person and could not possess a firearm. I directed BRYANT to contact me no later than 9:00am on March 19, 2018, or BRYANT would be charged federally. BRYANT failed to contact me by that time.

7. Shad BRYANT is further identified as:

| | | |
|---|---|---|
| White Male | 6'03/160lbs | DOB: 06/20/1980 |
| Brown Hair | Hazel Eyes | SSN: 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 |

8. Based upon the above information, you affiant believed that on March 7, 2018, Shad Willie BRYANT knowingly made a false statement on Form 4473, in violation of Title 18, United States Code, Section 924(a)(1)(A). Furthermore, BRYANT was in possession of a firearm and in violation of Title 18, United States Codes, Section 922(g)(9).

**Colleen M. Peery**
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed to me this 21st day of **March 2018** and I find that probable cause exists.

**DAVID P. RUSH**
United States Magistrate Judge